In the Matter of the Petition of EMBO LAND COMPANY, Respondent.

THE CORPORATION COUNSEL OF THE CITY OF NEW YORK, Appellant.

*New York city — street closing — when mandamus granted to compel corporation counsel to institute proceedings for ascertainment of damages.*

*Matter of Embo Land Co.*, 198 App. Div. 911, affirmed.

(Argued October 10, 1921; decided October 25, 1921.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 10, 1921, *unanimously* affirming an order of Special Term granting a motion for a peremptory writ of mandamus to compel the corporation counsel of the city of New York to institute proceedings for the ascertainment of damages occasioned by the closing of Spruce street or Shaw avenue, between Rockaway boulevard and Liberty avenue, in the borough of Queens. The question at issue was as to whether the easements of the petitioner in and over Spruce street or Shaw avenue had been extinguished pursuant to the provisions of chapter 1006 of the Laws of 1895.

*John P. O'Brien*, Corporation Counsel (*Joel J. Squier* and *William B. R. Faber* of counsel), for appellant.

*Benjamin Trapnell* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.